entered December 8, 1909, modifying and affirming as modified a judgment in favor of defendant entered upon a verdict in an action to recover damages alleged to have been occasioned plaintiff by defendant's fraudulent representations.

*Edward W. S. Johnston* for appellant.

*Abraham Benedict* for respondent.

Judgment affirmed, with costs; no opinion.
Concur. CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.

---

JOSEPH A. DUFFY, Appellant, *v.* ARTHUR L. MEYER, Respondent.

*Duffy* v. *Meyer*, 135 App. Div. 915, affirmed.
(Argued March 27, 1911; decided April 25, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 8, 1909, affirming a judgment in favor of defendant entered upon a verdict in an action to recover damages alleged to have been occasioned plaintiff by the fraudulent representations of defendant.

*Edward W. S. Johnston* for appellant.

*Abraham Benedict* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, CHASE and COLLIN, JJ.